[No. 14499-2-III.     Division Three.     May 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
JUAN MORA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 94-1-00271-9, Kenneth L. Jorgensen, J.,
entered October 31, 1994. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Sweeney, C.J., and
Kurtz, J.

[No. 14841-6-III.     Division Three.     May 22, 1997.]

SUPERIOR REFUSE REMOVAL, INC., *Appellant*, v.
WASHINGTON UTILITIES AND TRANSPORTATION
COMMISSION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 93-2-02107-0, Stephen M. Brown, J.,
entered April 4, 1995. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Sweeney, C.J., and
Schultheis, J.

[No. 14980-3-III.     Division Three.     May 22, 1997.]

AMERICAN STATES INSURANCE COMPANY, *Respondent*,
v. BROOKS CONSTRUCTION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-03766-2, Kathleen M. O'Connor,
J., entered June 19, 1995. *Affirmed* by unpublished opinion
per Schultheis, A.C.J., concurred in by Thompson, J., and
Munson, J. Pro Tem.

[No. 15187-5-III.     Division Three.     May 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MEGAN
ROSE PIRIE, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-00172-7, Richard J. Schroeder,
J., entered August 28, 1995. *Reversed* by unpublished
opinion per Kurtz, J., concurred in by Sweeney, C.J., and
Brown, J.